# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **JAMES BOYD,**<br>     **Plaintiff,** | )<br>)<br>) | **Civil Action No. 7:06cv00094** |
| **v.** | )<br>)<br>) | **FINAL ORDER** |
| **JAMES DOBSON,**<br>     **Defendant.** | )<br>) | **By:  Samuel G. Wilson**<br>**United States District Judge** |

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 1 U 2006

JOHN F. CORCORAN, CLERK
BY:
          DEPUTY CLERK

     In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED**

**AND ORDERED** that Boyd's complaint is hereby **DISMISSED** without prejudice pursuant to 28

U.S.C. §1915(g), and this case will be **STRICKEN** from the active docket of the court.

     The Clerk of the Court is directed to send certified copies of this Order and accompanying

Memorandum Opinion to plaintiff.

     ENTER:   This _____ day of February, 2006.

_____
United States District Court Judge