# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| JAMES BOYD,<br>Plaintiff,<br><br>v.<br><br>JAMES DOBSON,<br>Defendant. | Civil Action No. 7:06cv00094<br><br>**FINAL ORDER**<br><br>By: Samuel G. Wilson<br>United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that Boyd's complaint is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915(g), and this case will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to plaintiff.

ENTER: This _____ day of February, 2006.

United States District Court Judge